

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00002-CR

Ray Lee **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 12-03-0066-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is deemed filed as of September 29, 2014.

_Karen Angelini_
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court